IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **AURIE BONNER, JR.,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 5:05-cv-339 (CAR) |
| | : |
| **JO ANNE B. BARNHART,** | : |
| **Commissioner of Social Security,** | : |
| | : |
| **Defendant.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed January 11, 2007, adopting the United States Magistrate Judge's Recommendation, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

Judgment is hereby entered in favor of defendant, and accordingly, defendant is awarded costs in this action.

This 11th day of January, 2007.

**GREGORY J. LEONARD, CLERK**

s/ Denise Partee, Deputy Clerk